520 So.2d 308 (1988)
Egbert THOMAS, Appellant,
v.
The STATE of Florida, Appellee.
No. 87-2907.
District Court of Appeal of Florida, Third District.
February 9, 1988.
Rehearing Denied March 21, 1988.
Egbert Thomas, in pro. per.
Robert A. Butterworth, Atty. Gen., for appellee.
Before BARKDULL, NESBITT and JORGENSON, JJ.
*309 PER CURIAM.
Affirmed. Newton v. State, 513 So.2d 1271 (Fla. 3d DCA 1987); Smith v. State, 513 So.2d 197 (Fla. 1st DCA 1987); Bell v. State, 453 So.2d 478 (Fla. 2d DCA 1984); See Straight v. State, 488 So.2d 530 (Fla. 1986); Key v. State, 452 So.2d 1147 (Fla. 5th DCA 1984), review denied, 459 So.2d 1041 (Fla. 1984).